# Exhibit 1

# AUTHORIZATION FORM FOR CONSUMER REPORTS
# FCRA RELEASE

In connection with your application for employment (including contract for services) with Casey's General Stores, Inc., or one of its subsidiaries ("Casey's"), Casey's may obtain one or more consumer reports or investigative consumer reports which may contain public record and background information on you including, but not limited to, information about your consumer credit history, criminal convictions, driving record, education, prior employer verification, character, general reputation, personal characteristics, trustworthiness, and general public records history. These reports will include experience information along with reasons for termination of past employment. Further, information from various Federal, State, local and other agencies, which contain your past activities, will be requested. A consumer report containing injury and illness records and medical information may be obtained only after a tentative offer of employment has been made.

HireRight, Inc., or another consumer reporting agency, will prepare or assemble the background reports for Casey's. HireRight, Inc. is located and can be contacted by mail at 5151 California, Irvine, CA 92617, and HireRight can be contacted by phone at (800) 400-2761. Information about HireRight's privacy practices is available at www.hireright.com/Privacy-Policy.aspx.

By signing below, you hereby authorize without reservation, any party or agency contacted by Casey's, or a consumer reporting agency retained by Casey's, to furnish the above mentioned information. You further authorize ongoing procurement of the above mentioned reports at any time during your employment (or contract). You also agree that a fax or photocopy of this authorization with your signature may be accepted with the same authority as the original.

You have the right to make a request, upon proper identification and the payment of any legally permissible fees, for the information in the consumer reporting agency files on you at the time of your request.

If Casey's uses any information it obtains from a consumer report in a decision not to hire you or to make any other adverse employment decision regarding you, Casey's will first provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any adverse action. If any final adverse action is taken against you based upon a background report, Casey's will notify you that the action has been taken and that the background report was the reason for the action.

You hereby authorize and request, without any reservation, any present or former employer, school, police department, financial institution, division of motor vehicles, consumer reporting agencies, or other persons or agencies having knowledge about you to furnish the consumer reporting agency with any and all background information in their possession regarding you, in order that your employment qualifications may be evaluated.

I understand that this Authorization shall remain on file and shall serve as an ongoing authorization for Casey's to procure consumer reports at any time during the duration of my employment.

**For transport driver applicants only**, reports verifying your previous employment, previous drug and alcohol test results, and your driving record will be obtained on you for employment purposes as required by the Federal Motor Carrier Safety Regulations.

For transport driver applicants only, reports verifying your previous employment, previous drug and alcohol test results, and your driving record will be obtained on you for employment purposes as required by the Federal Motor Carrier Safety Regulations.

☐ **For California, Minnesota or Oklahoma applicants only**, if you would like to receive a copy of the consumer report, if one is obtained, please check this box. If checked and you are a California applicant, a copy of the consumer report will be sent within three (3) days of the employer receiving a copy of the consumer report.

☐ **For California applications only**, if public record information about your character, general reputation, personal characteristics, and mode of living is obtained without using a consumer reporting agency, you will be supplied a copy of the public record information within seven (7) days of the employer's receipt unless you check this box where you hereby waive your right to obtain a copy of the consumer report.

Print your name: Jacqueline Johnson

Street Address: Redacted

City, State and Zip: Vanzant, MO   Redacted

Social Security Number: Redacted

Driver's License State and License Number: MO   Redacted

The following is for identification purposes only to perform the background check:

Date of Birth (MM/DD/YY): Redacted    Gender: (M or F) F

Other or Former Names: N/A

Professional License: _____ State: ____ Type: _____ Number: _____

Please list all former addresses below:

Redacted

Mountain Grove, MO   Redacted
Mountain Grove, MO
St Anne, IL
Redacted

Signature: Jacki Johnson   Date: 2-25-13
Redacted

06/19/2012